# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al. Plaintiffs, v. SPATES EXCAVATION AND EQUIPMENT RENTAL, INC. Defendant. | No. CV 17-7005 DSF (MRWx) JUDGMENT |

The Court having granted Plaintiffs' motion for default judgment,

IT IS ORDERED AND ADJUDGED that Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust shall recover from Defendant Spates Excavation and Equipment Rental, Inc. the principal amount of $207,773.23, plus post-judgment interest as provided by law from the date of entry of this judgment.

Date: August 13, 2018

　　　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge